Julia Van Ulm and Joseph Van Ulm, Appellees, v. Leo Berrington et al., Trading as Clarite Liquor Store, Appellants.

Gen. No. 44,618.

opinion filed April 4, 1949; rehearing denied April 29, 1949; released for publication May 17, 1949; Vogel & Bunge, for appellants; L. H. Vogel, George C. Bunge and Robert L. Howard, of counsel; John P. Burita, for appellees. Opinion by JUSTICE TUOHY. Not to be published in full.